**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CHERNIAK, DEAN P          § Case No. 14-82472
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $168,013.00        Assets Exempt: $4,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,155.53    Claims Discharged
                                              Without Payment: $729.96

Total Expenses of Administration: $4,031.11

3) Total gross receipts of $ 9,663.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,476.36 (see **Exhibit 2**), yielded net receipts of $7,186.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $206,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,031.11 | 4,031.11 | 4,031.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 3,804.96 | 3,155.53 | 3,155.53 | 3,155.53 |
| **TOTAL DISBURSEMENTS** | $209,804.96 | $7,186.64 | $7,186.64 | $7,186.64 |

    4) This case was originally filed under Chapter 7 on August 11, 2014. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2016     By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance | 1129-000 | 9,663.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,663.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHERNIAK, DEAN P | Dividend paid 100.00% on $2,476.36; Claim# SURPLUS; Filed: $2,476.36; Reference: 8200-002 | | 2,476.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,476.36** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BMO Harris Bank | 4110-000 | 194,000.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$206,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,468.66 | 1,468.66 | 1,468.66 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,421.00 | 2,421.00 | 2,421.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 13.88 | 13.88 | 13.88 |
| Rabobank, N.A. | 2600-000 | N/A | 13.40 | 13.40 | 13.40 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.02 | 5.02 | 5.02 |
| Rabobank, N.A. | 2600-000 | N/A | 14.76 | 14.76 | 14.76 |
| Rabobank, N.A. | 2600-000 | N/A | 14.27 | 14.27 | 14.27 |
| Rabobank, N.A. | 2600-000 | N/A | 13.33 | 13.33 | 13.33 |
| Rabobank, N.A. | 2600-000 | N/A | 14.69 | 14.69 | 14.69 |
| Rabobank, N.A. | 2600-000 | N/A | 13.75 | 13.75 | 13.75 |
| Rabobank, N.A. | 2600-000 | N/A | 13.27 | 13.27 | 13.27 |
| Rabobank, N.A. | 2600-000 | N/A | 15.08 | 15.08 | 15.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,031.11 | $4,031.11 | $4,031.11 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Soulence | 7200-000 | 600.00 | 1,350.00 | 1,350.00 | 1,350.00 |
| 1I | Soulence | 7990-000 | N/A | 2.37 | 2.37 | 2.37 |
| 2 | Callister Nebeker & McCullough | 7200-000 | 2,475.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| 2I | Callister Nebeker & McCullough | 7990-000 | N/A | 3.16 | 3.16 | 3.16 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | NCO | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | Encore | 7100-000 | 282.00 | N/A | N/A | 0.00 |
| NOTFILED | ENHANCED RECOVERY SYSTEMS | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Care Credit -GE Capital Retail Bank | 7100-000 | 172.96 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,804.96 | $3,155.53 | $3,155.53 | $3,155.53 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82472  
**Case Name:** CHERNIAK, DEAN P  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/11/14 (f)  
**§341(a) Meeting Date:** 09/11/14  

**Period Ending:** 05/03/16  
**Claims Bar Date:** 05/14/15  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1034 Wheeler Street, Woodstock, Illinois 60098 | 155,000.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Bank | 1,663.00 | 0.00 | | 0.00 | FA |
| 3 | Harris bank Woodstock<br>    Asset removed per Amended Schedule B filed 2/9/15. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Bed and a desk and chair | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture, assorted books papers, two<br>    Asset removed per Amended Schedule B filed 2/9/15. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | General clothing<br>    Value changed per Amended Schedule B filed 2/9/15. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Winchester 12 ga<br>    Exemption removed per Amended Schedule C filed 2/9/15. | 300.00 | 300.00 | | 0.00 | FA |
| 9 | Life Insurance<br>    Exemption changed per Amended Schedule C filed 2/9/15.<br>    Remaining balance of life insurance uncollectible. | 11,000.00 | 21,093.78 | | 9,663.00 | FA |
| 10 | retirement account<br>    Asset removed per Amended Schedule B filed 2/9/15. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 Pontiac GT | 9,000.00 | 0.00 | | 0.00 | FA |
| 12 | Two desks three tables | 500.00 | 500.00 | | 0.00 | FA |
| 13 | Assorted Books  (u)<br>    See Amended Schedule B filed 2/9/15. | 50.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets**   Totals (Excluding unknown values) | **$179,013.00** | **$21,893.78** | | **$9,663.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82472  
**Case Name:** CHERNIAK, DEAN P

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/11/14 (f)  
**§341(a) Meeting Date:** 09/11/14

**Period Ending:** 05/03/16  
**Claims Bar Date:** 05/14/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** January 19, 2016 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82472  
**Case Name:** CHERNIAK, DEAN P  

**Taxpayer ID #:** **-***5230  
**Period Ending:** 05/03/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9966 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/15 | {9} | Transamerica Premier Life Ins. Co. | partial payment on life insurance | 1129-000 | 9,663.00 | | 9,663.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,653.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.88 | 9,639.12 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.40 | 9,625.72 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-82472, Bond #016018067 | 2300-000 | | 5.02 | 9,620.70 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.76 | 9,605.94 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.27 | 9,591.67 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.33 | 9,578.34 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 9,563.65 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 9,549.90 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.27 | 9,536.63 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.08 | 9,521.55 |
| 02/25/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,421.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,421.00 | 7,100.55 |
| 02/25/16 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,468.66, Trustee Compensation; Reference: | 2100-000 | | 1,468.66 | 5,631.89 |
| 02/25/16 | 104 | CHERNIAK, DEAN P | Dividend paid 100.00% on $2,476.36; Claim# SURPLUS; Filed: $2,476.36; Reference: | 8200-002 | | 2,476.36 | 3,155.53 |
| 02/25/16 | 105 | Callister Nebeker & McCullough | Combined Check for Claims#2,2I | | | 1,803.16 | 1,352.37 |
| | | | Dividend paid 100.00% on $1,800.00; Claim# 2; Filed: $1,800.00    1,800.00 | 7200-000 | | | 1,352.37 |
| | | | Dividend paid 100.00% on $3.16; Claim# 2I; Filed: $3.16    3.16 | 7990-000 | | | 1,352.37 |
| 02/25/16 | 106 | Soulence | Combined Check for Claims#1,1I | | | 1,352.37 | 0.00 |
| | | | Dividend paid 100.00% on $1,350.00; Claim# 1; Filed: $1,350.00    1,350.00 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $2.37; Claim# 1I; Filed: $2.37    2.37 | 7990-000 | | | 0.00 |

Subtotals :   $9,663.00   $9,663.00

{} Asset reference(s)

Printed: 05/03/2016 09:40 AM   V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-82472  
**Case Name:** CHERNIAK, DEAN P  
**Taxpayer ID #:** **-***5230  
**Period Ending:** 05/03/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9966 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,663.00 | 9,663.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 9,663.00 | 9,663.00 | |
| | | | Less: Payments to Debtors | | | 2,476.36 | |
| | | **NET Receipts / Disbursements** | | | **$9,663.00** | **$7,186.64** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9966** | 9,663.00 | 7,186.64 | 0.00 |
| | **$9,663.00** | **$7,186.64** | **$0.00** |

{} Asset reference(s)

Printed: 05/03/2016 09:40 AM    V.13.25